Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

**OCALA** Division

5:24-cv-154-JLB-PRL

Case No. **2022-CF-002323-A**

*(to be filled in by the Clerk's Office)*

CARNELL  W.  BRIGHt

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

DEPUTY  SHERRIFF  RICK  HARMON,

SUED  IN  INDIVIDUAL  CAPACITY

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

" JURY  DEMAND "

AMENDED
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARNELL W. BRIGHT |
| All other names by which you have been known: | N/A |
| ID Number | 27777 |
| Current Institution | LAKE COUNTY DETENTION CENTER |
| Address | 551 WEST MAIN ST. |
| | TAVARES         FL         32778 |
| | City                State           Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RICK HARMON |
| Job or Title *(if known)* | DEPUTY SHERRIF |
| Shield Number | N/A |
| Employer | LAKE COUNTY SHERRIF OFFICE |
| Address | 551 WEST MAIN ST. |
| | TAVARES         FL         32778 |
| | City                State           Zip Code |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City                State           Zip Code |

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    1. FORTH AMENDMENT RIGHT TO BE FREE FROM EXCESSIVE FORCE
    2. FIRST AMENDMENT RIGHT TO BE FREE FROM RETALIATION
    3. DELIBRATE INDIFFERENCE (DEPRIVED OF MEDICAL CARE)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*N/A*

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *Deputy sherriff Harmon, Rick used excessive force, Retaliation and Deprived the Plaintiff his right to Medical Care.*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*          *N/A*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

*(Attached)*

Statement of Claim

1. The Plaintiff has fully exhausted his administrative remedies before filing this complaint. 2. On August 6, 2022 at about 2Am to 3:30Am I was being booked in the Lake county Detention Center. 3. During the booking process I was told to go threw the X-RAY machine as a part of the process. 4. When I walked up to the machine I pushed the machine out of frustration with my current situation. 5. I stood still in front of the machine for about 15 seconds without talking or moving then all of a sudden Officer Rick Harmon rushes me and tackles me with great force to where my brain shifted at the impact. 6. Note: I was not counseled at all about my actions, A verbal order telling me dont do it again or even are you alright now can we proceed in this process or are you going to be a problem? Nothing at all. 7. We came off the machine in the air (Im off my feet by the way) and we hit the concrete below with a huge impact it felt like I broke something. 8. Rick Harmon then punches me several times in the head then He grabs me by the throat and my breath is cut short and I couldn't breath because of it. 9. At that point I am scared for my life again on the same day. He whispers in my ear "You Dumb ass nigga this is my house You understand boy" then he let my neck go and I could breath again. I was picked up and taken to a small cell with a restraint chair inside. 10. the restraints cut my wrist and I ask them to loosen them and they just ignored me. I was bleeding on my right elbow and my hip was damaged from the incident. 11. I also had knots on my head from the punches. I ask for medical Attention and was denied treatment. I went to sick call for like 2 weeks or more for the pain it's documented.

Statement of Facts
(continued)

(cont)   12. My 4th Amendment right to be free from excessive force
was violated, My first Amendment right to be free from
retaliation was violated and this is also a claim of Delibrate
indifference. for the denial of medical Assitance for the
injuries I sustained. The retaliation violaton was when
the arresting officers gave the Lake County Sheriff
Office heads up about a combative person coming in
for booking on the current charges.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

(Attached)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(Attached)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. Swelling of my face
2. Hip Damage
3. Cut on right elbow
4. Bruises on Hip and elbow

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(Attached)

CLAIMS FOR RELIEF

1. THE ACTIONS OF DEFENDANT DEPUTY RICK HARMON WERE DONE INTENTIONALLY AND MALICIOUSLY IN VIOLATION OF THE FORTH AMENDMENT RIGHT TO BE FREE FROM EXCESSIVE FORCE, A FEDERAL LAW AND OF THE CONSTITUTION.

2. THE ACTIONS OF DEFENDANT DEPUTY RICK HARMON VIOLATED THE PLAINTIFF FIRST AMENDMENT RIGHT TO BE FREE FROM RETALIATION WHICH WERE VIOLATED WHEN THE ARRESTING OFFICERS SPOKE ABOUT PLAINTIFF BEING COMBATIVE TO DEFENDANT AND DEFENDANT ACTED UNDER COLOR OF THE LAW AND USED EXCESSIVE FORCE ON PLAINTIFF.

3. THE ACTIONS OF DEFENDANT DEPUTY SHERIFF RICK HARMON WERE INTENTIONALLY BECAUSE THE DEFENDANT HAD ACTUAL KNOWLEDGE OF THE MEDICAL NEED OF THE PLAINTIFF AND SO THE DEFENDANT WAS IN VIOLATION OF DUE PROCESS FOR THIS DELIBERATE INDIFFERENCE CLAIM.

## VI. RELIEF REQUESTED

1. AWARD COMPENSATORY, NOMINAL AND PUNITIVE DAMAGES AGAINST DEFENDANT DEPUTY RICK HARMON FOR USING EXCESSIVE FORCE IN VIOLATION OF PLAINTIFF FORTH AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION.

2. AWARD COMPENSATORY, NOMINAL, AND PUNTIVE DAMAGES AGAINST DEFENDANT DEPUTY RICK HARMON FOR THE VIOLATION OF PLAINTIFF FIRST AMENDMENT RIGHT TO BE FREE FROM RETALIATION.

3. AWARD COMPENSATORY, NOMINAL, AND PUNITIVE DAMAGES AGAINST DEFENDANT DEPUTY RICK HARMON FOR DENIAL OF MEDICAL CARE IN VIOLATION OF DUE PROCESS CLAUSE WHICH IS THE DELIBERATE INDIFFERENCE STANDARD.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LAKE COUNTY DETENTION CENTER

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    N/A

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

On the Kiosk Machine in the Dorm.

2.  What did you claim in your grievance?

That Deputy sherriff Fick Harmon violated my right to be free from excessive force, retaliation and deprived me of my right to medical care.

3.  What was the result, if any?

Nothing happen

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed the grievance and was Denced.

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

N/A

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A Aministrative remedies are fully exhausted.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)   CARNELL W. BRIGHT

Defendant(s)   D/S CLARK   AND   D/S COLEMAN

2.  Court *(if federal court, name the district; if state court, name the county and State)*

LAKE County, Florida

3.  Docket or index number

N/A

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)                              N/A
      Defendant(s)                             N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

                                              N/A

3.    Docket or index number

                                              N/A

4.    Name of Judge assigned to your case

                                              N/A

5.    Approximate date of filing lawsuit

                                              N/A

6.    Is the case still pending?

      ☐ Yes      N/A

      ☐ No

      If no, give the approximate date of disposition                      N/A

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

                                              N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3-27-24

Signature of Plaintiff            *Carnell Bright*

Printed Name of Plaintiff        CARNELL  W.  BRIGHT

Prison Identification #          27777

Prison Address                   551 WEST MAIN ST.

TAVARES                    FL            32778
        *City*                            *State*        *Zip Code*

### B.    For Attorneys

Date of signing:        N/A

Signature of Attorney        N/A

Printed Name of Attorney     N/A

Bar Number               N/A

Name of Law Firm         N/A

Address                  N/A

N/A                  N/A            N/A
        *City*                            *State*        *Zip Code*

Telephone Number             N/A

E-mail Address               N/A

CARNELL BRIGHT #83277
550 WEST MAIN ST.
TAVARES, FL
32778

ORLANDO FL 328

Legal Mail

28 MAR 2024 PM 4 L

FOREVER / USA

SCREENED
By USMS

CLERK OF COURTS
207 NW SECOND STREET, ROOM 337
Ocala, FLORIDA
34475-6666

" Legal Mail "

34475-666687

2

THIS MAIL ORIGINATED FROM
LAKE COUNTY DETENTION CENTER
LCDC



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

CARNELL BRIGHT # 23337
551 WEST MAIN ST.
TAVARES, FL
32778

SCREENED
By USMS



ORLANDO FL 328
Legal Mail
28 MAR 2024 PM 4 1

FOREVER / USA

CLERK OF COURTS
207 NW SECOND STREET, ROOM 337
Ocala, FLORIDA   34475-6666

" Legal Mail "

34475-666687

3

**THIS MAIL ORIGINATED FROM
LAKE COUNTY DETENTION CENTER
LCDC**



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2022

CARNELL ROGERS #22772
551 WEST MAIN ST.
TAVARES, FL
32778

SCREENED
By USMS

" Legal Mail "

ORLANDO FL 330
28 MAR 2024 PM 4 1

Legal Mail

FOREVER / USA

CLERK OF COURTS
207 NW SECOND STREET, ROOM 337
Ocala, FLORIDA
34475-6666

34475-666687

THIS MAIL ORIGINATED FROM
LAKE COUNTY DETENTION CENTER
LCDC



FSC
MIX
Envelope
FSC® C137131



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022